THEODORE F. WHEELER, RESPONDENT, *v.* JOHN P. SCOFIELD, IMPLEADED, ETC., APPELLANT.

*Mechanic's lien — chapter* 489 *of* 1873 — *consent of owner.*

Under the mechanics' lien law, chapter 489 of 1873, it is not necessary that every person furnishing materials or labor to a contractor should obtain the consent of the owner of the building to do so. It is enough if the owner, knowing that labor or materials are being furnished to the contractor, does not object to it. In such case he will be deemed to consent to it, and that is all that the legislature requires.

If he is not satisfied that a particular person should perform labor or provide materials, for any reason, he can object to it, and thus prevent such person from ever getting a lien on his property.

APPEAL from a judgment in favor of the plaintiff, entered upon the report of a referee.

*William S. Briggs,* for appellant. *Morris Brown,* for respondent.

Opinion by MULLIN, P. J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Judgment affirmed.